# Court of Appeals
# of the State of Georgia

ATLANTA,  January 11, 2018

*The Court of Appeals hereby passes the following order:*

## A18A0616.  CHAD D. BRYANT v. CARLOS TELLS.

On August 29, 2017, Chad D. Bryant and Carlos Tells both filed notices of appeal from the trial court's July 26, 2017 order awarding Tells $450 in this landlord/tenant action.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Bryant and Tells filed their notices of appeal 34 days after entry of the order they seek to appeal, this appeal is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/11/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*